917 F. Supp. 839

CERAMICA REGIOMONTANA, S.A., PLAINTIFF *v.* UNITED STATES, DEFENDANT

Court No. 95–05–00636

(Dated March 1, 1996)

## ORDER

MUSGRAVE, *Judge:* Upon consideration of the Appellate Court's decision in *Ceramica Regiomontana, S.A. v. United States,* 64 F.3d 1579 (Fed. Cir. 1995), and plaintiffs consent motion, it is hereby

ORDERED that the U.S. Department of Commerce instruct the U.S. Customs Service to refund any estimated countervailing duties that were deposited with the U.S. Customs Service during the period January 1, 1990 through December 31, 1990, with respect to ceramic tile from Mexico manufactured by Ceramica Regiomontana, S.A., covered by entries that remained unliquidated at the close of business on October 17, 1995, together with interest calculated as provided by 19 U.S.C. § 1677g.

917 F. Supp. 839

CERAMICA REGIOMONTANA, S.A., PLAINTIFF *v.* UNITED STATES, DEFENDANT

Court No. 92–07–00440

(Dated March 1, 1996)

## ORDER

MUSGRAVE, *Judge:* Upon consideration of the Appellate Court's decision in *Ceramica Regiomontana, S.A. v. United States,* 64 F.3d 1579 (Fed. Cir. 1995), and plaintiffs consent motion, it is hereby

ORDERED that the U.S. Department of Commerce instruct the U.S. Customs Service to refund any estimated countervailing duties that were deposited with the U.S. Customs Service during the period January 1, 1990 through December 31, 1990, with respect to ceramic tile from Mexico manufactured by Ceramica Regiomontana, S.A., covered by entries that remained unliquidated at the close of business on August 14, 1992, together with interest calculated as provided by 19 U.S.C. § 1677g.